UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY KURTIS WILSON,<br><br>Plaintiff,<br><br>v.<br><br>JIM MCDONNELL, et al.,<br><br>Defendants. | Case No. CV 16-07698-DMG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Second Amended Complaint filed by Plaintiff Anthony Kurtis Wilson ("Plaintiff"), the Motion to Dismiss filed by defendant Sheriff Jim McDonnell ("Defendant") and the Opposition and Reply briefs relating thereto, and the Report and Recommendation of the assigned United States Magistrate Judge. No party has filed any written objection to the Report and Recommendation.

IT IS HEREBY ORDERED that:

1. The Report and Recommendation is approved and accepted;
2. The Motion to Dismiss [Doc. # 24] is GRANTED with leave to amend; and

3. If Plaintiff desires to continue to pursue this action, he shall file a Third Amended Complaint within 30 days of the date of this Order. Plaintiff is advised that failure to timely file a Third Amended Complaint may result in a dismissal of this action without prejudice for failure to prosecute. Plaintiff is further advised that a failure to remedy the deficiencies identified in the Report and Recommendation in any Third Amended Complaint could result in a dismissal of the action without leave to amend and with prejudice.

DATED: February 21, 2018

DOLLY M. GEE
United States District Judge