UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANTHONY KURTIS WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JIM MCDONNELL, et al.,<br><br>    Defendants. | Case No. CV 16-07698-DMG (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file including the Report and Recommendation of the assigned United States Magistrate Judge. As no party has filed any written objection to the Report and Recommendation, the Report and Recommendation is approved and accepted.

IT IS HEREBY ORDERED that judgment shall be entered dismissing this action without prejudice.

DATED: August 28, 2018

*/s/ Dolly M. Gee*
DOLLY M. GEE
United States District Judge