JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| ANTHONY KURTIS WILSON,<br><br>Plaintiff,<br><br>v.<br><br>JIM MCDONNELL, et al.,<br><br>Defendants. | Case No. CV 16-07698-DMG (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 28, 2018

_____
DOLLY M. GEE
United States District Judge